J. KAHLE BECKER (ISB # 7408)
**Attorney at Law**
1020 W. Main Street, Suite 400
Boise, Idaho 83702
Phone: (208) 333-1403
Fax: (208) 343-3246
Email: kahle@kahlebeckerlaw.com

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL McDONALD, an individual, McDONALD ROOFING AND CONSTRUCTION INC., an Idaho Corporation, and MICHAEL McDONALD and in his representative capacity as owner of McDONALD ROOFING AND CONSTRUCTION as majority owner of McDONALD ROOFING AND CONSTRUCTION/QUALITY TILE AND ROOFING JOINT VENTURES, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK LARGE an individual, QUALITY TILE AND ROOFING, INC., <br><br> Defendants. | Case No. 1:13-cv-00173-EJL <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

COME NOW the above-named Plaintiffs by and through their counsel of record, J. Kahle Becker, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) gives notice of voluntary dismissal of the Complaint without prejudice.

DATED this 12th day of September 2013.

　　　　　　　　　　　　　　　　　　　　　/s/J. Kahle Becker
　　　　　　　　　　　　　　　　　　　　　J. KAHLE BECKER
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL, P. 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Chas. F. McDevitt
Dean J. Miller
Celeste K. Miller
McDEVITT & MILLER LLP
420 West Bannock Street
P.O. Box 2564-83701
Boise, ID 83702

      /s/J. Kahle Becker
J. KAHLE BECKER
Attorney for Plaintiffs